| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **James** | **Bernard** | **McCambry** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Kenyetta** | **Swenson** | **McCambry** |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF MARYLAND | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

# Official Form 108
## Statement of Intention for Individuals Filing Under Chapter 7         12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**
■ creditors have claims secured by your property, or
■ you have leased personal property and the lease has not expired.

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

### Part 1: List Your Creditors Who Have Secured Claims

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Charles County Government**<br>Description of property securing debt: **9448 Pep Rally Lane Waldorf, MD 20603  Charles County** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]:<br>**Debtors will retain collateral & continue making regular payments per contract** | ☐ No<br>■ Yes |
| Creditor's name: **Main Street Asset Solutions, Inc**<br>Description of property securing debt: **9448 Pep Rally Lane Waldorf, MD 20603  Charles County** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]:<br>**Debtors will retain collateral & continue making regular payments per contract** | ☐ No<br>■ Yes |
| Creditor's name: **Navy Federal Credit Union**<br>Description of property **2010 Mercedes S Class 550 4** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.* | ■ No<br>☐ Yes |

Official Form 108                Statement of Intention for Individuals Filing Under Chapter 7                page 1

| Debtor 1 | **James Bernard McCambry** | | |
|---|---|---|---|
| Debtor 2 | **Kenyetta Swenson McCambry** | Case number (*if known*) | |

| property securing debt: | **Matic 89,417 miles** | ■ Retain the property and [explain]: **Continue making payments** | |
|---|---|---|---|

| Creditor's name: | **North Pointe HOA** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]:<br>**Debtors will retain collateral & continue making regular payments per contract** | ☐ No<br>■ Yes |
|---|---|---|---|
| Description of property securing debt: | **9448 Pep Rally Lane Waldorf, MD 20603  Charles County** | | |

| Creditor's name: | **Select Portfolio Servicing, Inc** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]:<br>**Debtors will retain collateral & continue making regular payments per contract** | ☐ No<br>■ Yes |
|---|---|---|---|
| Description of property securing debt: | **9448 Pep Rally Lane Waldorf, MD 20603  Charles County** | | |

| Part 2: | **List Your Unexpired Personal Property Leases** |
|---|---|

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| **Describe your unexpired personal property leases** | | **Will the lease be assumed?** |
|---|---|---|
| Lessor's name: | **2-10 Home Buyers Warranty** | ■ No<br>☐ Yes |
| Description of leased Property: | **Home Warranty Service Agreement** | |
| Lessor's name: | **Abberly Square Apartments** | ☐ No<br>■ Yes |
| Description of leased Property: | **Residential Lease** | |
| Lessor's name: | **Comcast Cable** | ☐ No<br>■ Yes |
| Description of leased Property: | **Cable/Internet** | |
| Lessor's name: | **Financial Pacific Leasing** | ■ No<br>☐ Yes |
| Description of leased Property: | **Equipment Lease/multiple accounts** | |

| Official Form 108 | **Statement of Intention for Individuals Filing Under Chapter 7** | page 2 |
|---|---|---|

Debtor 1    **James Bernard McCambry**
Debtor 2    **Kenyetta Swenson McCambry**                          Case number (*if known*)

| | | |
|---|---|---|
| Lessor's name: | **Geico** | ☐ No  ■ Yes |
| Description of leased Property: | **Auto Insurance Policy** | |
| Lessor's name: | **LA Fitness** | ☐ No  ■ Yes |
| Description of leased Property: | **Gym Membership** | |
| Lessor's name: | **Progressive Leasing** | ■ No  ☐ Yes |
| Description of leased Property: | **Equipment Lease** | |
| Lessor's name: | **QBE** | ☐ No  ■ Yes |
| Description of leased Property: | **Renter's Insurance Policy** | |
| Lessor's name: | **Resident Shield Renter's Insurance Co.** | ☐ No  ■ Yes |
| Description of leased Property: | **Renter's Insurance Policy** | |
| Lessor's name: | **SMECO** | ☐ No  ■ Yes |
| Description of leased Property: | **Utilities/Power** | |
| Lessor's name: | **Yes Energy Management** | ☐ No  ■ Yes |
| Description of leased Property: | **Utilities/Water/Sewer** | |

**Part 3:    Sign Below**

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

Official Form 108    **Statement of Intention for Individuals Filing Under Chapter 7**    page 3

Debtor 1  **James Bernard McCambry**
Debtor 2  **Kenyetta Swenson McCambry**                                      Case number (*if known*)

**X** **/s/ James Bernard McCambry**                          **X** **/s/ Kenyetta Swenson McCambry**
    **James Bernard McCambry**                              **Kenyetta Swenson McCambry**
    Signature of Debtor 1                              Signature of Debtor 2

Date  **March 9, 2020**                                      Date  **March 9, 2020**

Official Form 108                **Statement of Intention for Individuals Filing Under Chapter 7**                page 4